David E. Leta (USB #1937)
**SNELL & WILMER L.L.P.**
15 W. South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile:  (801) 257-1800
Email: dleta@swlaw.com

*Proposed Counsel for Camp Bird Colorado, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re **CAMP BIRD COLORADO, INC.**<br><br>Debtor. | Bankruptcy Case No. 14-33428<br><br>(Chapter 11) |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| | | | | |

19817639.1

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1 Aztec Energy Corporation<br>40 Cuttermill Road #201<br>Great Neck, NY 11021 | | Advances made for operations of Camp Bird Payroll, Rent, Storage Rental, Legal & Professional | | $ 671,417.26 |
| 2 CHH Operating Corporation<br>40 Cuttermill Road #201<br>Great Neck, NY 11021 | | Mortgage on Camp Bird made to secure advances made for operations of Camp Bird Payroll, Rent, Storage Rental, Legal & Professional | Validity of lien and value of collateral unknown | $ 9,418,282 |
| 3 Gordon Ripma<br>4 Coconut Lane<br>Jupiter, FL 33469 | | Earnest money paid for sale that never closed | | $ 149,000 |
| 4 CT Corporation System<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | | Registered Agent in Colorado | | $90.00 |
| 5 CC Video Production<br>Richard Klinzmann<br>305 Main Street Suite B<br>Grand Junction CO 81501 | | Sales Video | | $712.50 |
| 6 ACZ Laboratories, Inc.<br>2773 Downhill Drive<br>Steamboat Springs, CO 80487 | | Water Testing | | $1,687.18 |
| 7 Aspen Land Conservation LLC<br>Garfield & Hecht, P.C.<br>601 East Hyman Avenue<br>Aspen, CO 81611 | | Legal Fees secured by a Deed of Trust against the property (does not include Default interest or Additional Legal Fees). | Disputed and unliquidated | $180,000.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 8 Brian R. Hanson<br>Baird Hanson LLP<br>171 Sky Trail Road<br>Boulder, Colorado 80302 | | Legal Counsel for sale to Caldera | | $100,000 |
| 9 Caldera Holdings, LLC<br>c/o Monadnock Mineral Services<br>P.O. Box 85<br>Ouray, CO 81427<br>Attn.: Bob Larson<br><br>A. John A. Bryan Jr.<br>Chief Executive Officer<br>The Watley Group, LLC<br>8439 Sunset Boulevard, Suite 402<br>West Hollywood, CA 90069<br><br>Mohan R. Abraham<br>19 Keppel Road #09-05<br>Jit Poh Building<br>Singapore | | Parties to Caldera Sale | Disputed and subject to offset | $6,200,000.00 |
| 10 USDA<br>Paul Gormley<br>U.S. Department of Justice<br>Environmental and Natural Resources Section<br>1961 Stout Street<br>Denver, CO  80294 | | CERCLA Litigation Judgment | Disputed | $4,406,340.66 |
| 11 USDA<br>Paul Gormley<br>U.S. Department of Justice<br>Environmental and Natural Resources Section<br>1961 Stout Street<br>Denver, CO  80294 | | CERCLA Litigation Legal Fees | Disputed | $1,500,000.00 |

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 12 | Alliance, Ronald J. Goldberg, individually, Hyperion, Hyperion 2, Falcon Crest<br>c/o Klafter & Mason, L.L.C.<br>195 Route 9 South, Suite 204,<br>Manalapan, New Jersey 07726 | | Finder's fee on failed Caldera Transaction | | $167,000 |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Scott A. Butters, President of Camp Bird Colorado, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

DATED: December 29, 2014.

CAMP BIRD COLORADO, INC.

*[signature: Scott A Butters]*

By: Scott A. Butters
Its: President

19817639.1

4