**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

In re: CAMP BIRD COLORADO, INC. § Case No. 14-33428
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  Duane Gillman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $500,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,679,712.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $741,040.15 | | |

  3) Total gross receipts of $7,470,752.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $50,000.00 (see **Exhibit 2**), yielded net receipts of $7,420,752.15 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $71,092,348.94 | $6,679,712.00 | $6,679,712.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $85,795,628.63 | $85,795,628.63 | $741,040.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $140,000.00 | $140,000.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,090,614.94 | $10,375,670.26 | $568.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,090,614.94 | $167,403,647.83 | $92,615,908.63 | $7,420,752.15 |

4) This case was originally filed under chapter 11 on 12/29/2014, and it was converted to chapter 7 on 03/22/2016. The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/24/2021   By: /s/ Duane Gillman
                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mining Claims in Ouray County, Colorado | 1110-000 | $6,819,712.00 |
| Water Rights | 1110-000 | $600,000.00 |
| WIRE FROM PBS HOLDINGS LTD LLC PO | 1180-000 | $50,000.00 |
| Reimbursement for Storage Unit and Permit Fee | 1229-000 | $831.00 |
| Wells Fargo Bank Account | 1229-000 | $209.15 |
| **TOTAL GROSS RECEIPTS** | | **$7,470,752.15** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PBS Holding Ltd., LLC | Return of good faith deposit on auction of Water Rights | 8500-002 | $50,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$50,000.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caldera Mineral Resources, LLC | 4110-000 | NA | $6,669,712.00 | $6,669,712.00 | $6,669,712.00 |
| 2 | Aspen Land Conservation LLC | 4110-000 | NA | $416,092.32 | $0.00 | $0.00 |
| 3 | Caldera Holdings, LLC | 4110-000 | NA | $20,000,000.00 | $0.00 | $0.00 |
| 4 | Caldera Mineral Resources, LLC | 4110-000 | NA | $20,000,000.00 | $0.00 | $0.00 |
| 7 | Caldera Mineral Resources, LLC | 4110-000 | NA | $12,000,000.00 | $0.00 | $0.00 |
| 8 | Caldera Holdings, LLC | 4110-000 | NA | $12,000,000.00 | $0.00 | $0.00 |
| 9 | Western Colorado Power Company | 4120-000 | NA | $6,544.62 | $10,000.00 | $10,000.00 |
| | **TOTAL SECURED** | | **$0.00** | **$71,092,348.94** | **$6,679,712.00** | **$6,679,712.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Duane Gillman | 2100-000 | NA | $150,000.00 | $150,000.00 | $139,003.58 |
| Trustee, Expenses - Duane H. Gillman, Trustee | 2200-000 | NA | $2,218.98 | $2,218.98 | $2,056.30 |
| Attorney for Trustee Fees - United States Trustee's Office | 3110-000 | NA | $325.00 | $325.00 | $0.00 |
| Attorney for Trustee Fees - Durham Jones & Pinegar | 3110-000 | NA | $484,000.00 | $484,000.00 | $448,518.21 |
| Attorney for Trustee, Expenses - Durham Jones & Pinegar | 3120-000 | NA | $4,387.69 | $4,387.69 | $4,217.85 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $83.69 | $83.69 | $83.69 |
| Costs to Secure/Maintain Property - Richards' Well Calibrations | 2420-000 | NA | $9,947.10 | $9,947.10 | $9,947.10 |
| Costs re Sale of Property - Caldera Mineral Resources, LLC | 2500-000 | NA | -$109,031.88 | -$109,031.88 | -$109,031.88 |
| Costs re Sale of Property - Land Title Guarantee Company | 2500-000 | NA | $82,736.08 | $82,736.08 | $82,736.08 |
| Costs re Sale of Property - Otten Johnson | 2500-000 | NA | $16,759.24 | $16,759.24 | $16,759.24 |
| Costs re Sale of Property - Temkin & Hardt LLP | 2500-000 | NA | $6,536.56 | $6,536.56 | $6,536.56 |
| Costs re Sale of Property - Zions Bank | 2500-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $278.58 | $278.58 | $278.58 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,575.23 | $2,575.23 | $2,575.23 |
| Other Chapter 7 Administrative Expenses - United States | 2990-000 | NA | $0.00 | $0.00 | $0.00 |
| Other Chapter 7 Administrative Expenses - United States | 2990-000 | NA | $85,000,000.00 | $85,000,000.00 | $0.00 |
| Other Chapter 7 Administrative Expenses - Advanced Reporting Solutions | 2990-000 | NA | $68.50 | $68.50 | $68.50 |
| Other Chapter 7 Administrative Expenses - Orange Document Services | 2990-000 | NA | $1,335.64 | $1,335.64 | $1,335.64 |
| Special Counsel for Trustee Fees - Hoskin Farina & Kampf | 3210-600 | NA | $46,837.50 | $46,837.50 | $43,403.87 |
| Special Counsel for Trustee Expenses - Hoskin Farina & Kampf | 3220-610 | NA | $361.74 | $361.74 | $335.22 |
| Accountant for Trustee Fees (Other Firm) - Rocky Mountain Advisory, LLC | 3410-000 | NA | $48,444.50 | $48,444.50 | $44,893.06 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) - Rocky Mountain Advisory, LLC | 3420-000 | NA | $1,867.85 | $1,867.85 | $1,730.92 |
| Consultant for Trustee Fees - Stanley Dempsey | 3731-000 | NA | $4,150.00 | $4,150.00 | $3,845.77 |
| Other Professional Expenses - Stillwater Resources & Investments, Inc. | 3992-000 | NA | $36,000.00 | $36,000.00 | $36,000.00 |
| Other Professional Expenses - D. Helton Consulting, LLC | 3992-000 | NA | $2,746.63 | $2,746.63 | $2,746.63 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $85,795,628.63 | $85,795,628.63 | $741,040.15 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - Snell & Wilmer LLP | 6210-160 | NA | $140,000.00 | $140,000.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $140,000.00 | $140,000.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CT Corporation System | 7100-000 | $90.00 | $568.00 | $568.00 | $0.00 |
| 10 | CHH Operating Corporation | 7100-000 | NA | $9,703,685.00 | $0.00 | $0.00 |
| 13 | Aztec Energy Corporation | 7100-000 | $671,417.26 | $671,417.26 | $0.00 | $0.00 |
| N/F | ACZ Laboratories, Inc. | 7100-000 | $1,687.18 | NA | NA | NA |
| N/F | Alliance, et al c/o Klafter & Mason | 7100-000 | $167,000.00 | NA | NA | NA |
| N/F | Brian R. Hansen Baird Hansen LLP | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | CC Video Production | 7100-000 | $712.50 | NA | NA | NA |
| N/F | Colorado Department of Public Health and Environment | 7100-000 | $75.00 | NA | NA | NA |
| N/F | Colorado Division of Reclamation Mining and Safety | 7100-000 | $633.00 | NA | NA | NA |
| N/F | Gordon Ripma | 7100-000 | $149,000.00 | NA | NA | NA |
| N/F | Sheet 1 of 2 total sheets in Schedule of Holding Unsecured N | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,090,614.94** | **$10,375,670.26** | **$568.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 14-33428 | Trustee Name: | (640020) Duane Gillman |
| Case Name: | CAMP BIRD COLORADO, INC. | Date Filed (f) or Converted (c): | 03/22/2016 (c) |
| | | § 341(a) Meeting Date: | 02/05/2015 |
| For Period Ending: | 02/24/2021 | Claims Bar Date: | 11/13/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Any and all claims of Debtor against Caldera Hol | Unknown | 1.00 | | 0.00 | FA |
| 2 | Any and atl claims aganst Diversified Colorado, | Unknown | 1.00 | | 0.00 | FA |
| 3 | Mine Equipment, Locomotive (for location, see Ex | Unknown | 1.00 | | 0.00 | FA |
| 4 | Loan advances due to the Debtor to pay administr (u) | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 5 | Wells Fargo Bank Account (u) | 0.00 | 209.15 | | 209.15 | FA |
| 6 | Mining Claims in Ouray County, Colorado | Unknown | 3,000,000.00 | | 6,819,712.00 | FA |
| 7 | Managers House | Unknown | 0.00 | | 0.00 | FA |
| 8 | Office | Unknown | 0.00 | | 0.00 | FA |
| 9 | 100% stock in Camp Bird Tunnell, Mining and Tran | Unknown | 0.00 | | 0.00 | FA |
| 10 | Reimbursement for Storage Unit and Permit Fee (u) | 0.00 | 831.00 | | 831.00 | FA |
| 11 | Water Rights | 0.00 | 0.00 | | 600,000.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$500,000.00** | **$3,501,043.15** | | **$7,420,752.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 05/12/2018     **Current Projected Date Of Final Report (TFR):** 10/15/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 14-33428 | Trustee Name: | Duane Gillman (640020) |
|---|---|---|---|
| Case Name: | CAMP BIRD COLORADO, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4509 | Account #: | ******8666 Checking Account |
| For Period Ending: | 02/24/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/14/16 | {5} | Wells Fargo Bank | Bank Funds | 1229-000 | 209.15 | | 209.15 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 199.15 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 189.15 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 179.15 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 169.15 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 159.15 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 149.15 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 139.15 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 129.15 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 119.15 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 109.15 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 99.15 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 89.15 |
| 09/20/17 | {6} | Durham Jones & Pinegar | Cash Down Payment of Purchase Price for Property from DJP trust account | 1110-000 | 150,000.00 | | 150,089.15 |
| 09/20/17 | | Land Title Guarantee Company | Net Sale Proceeds | | 0.00 | | 150,089.15 |
| | {6} | Land Title Guarantee Company | Gross Proceeds from sale of mining claims $6,669,712.00 | 1110-000 | | | |
| | | Land Title Guarantee Company | Title Insurance -$11,080.00 | 2500-000 | | | |
| | | Land Title Guarantee Company | Title company fees/expenses -$4,918.97 | 2500-000 | | | |
| | | Land Title Guarantee Company | Prior year property taxes N004550 -$47,457.45 | 2500-000 | | | |
| | | Land Title Guarantee Company | Prior year property taxes N004757 -$19,279.66 | 2500-000 | | | |
| | | Zions Bank | Invoice -$3,000.00 | 2500-000 | | | |
| | | Otten Johnson | Legal Fees -$16,759.24 | 2500-000 | | | |
| | | Temkin & Hardt LLP | Legal Fees -$6,536.56 | 2500-000 | | | |
| | | Caldera Mineral Resources, LLC | Offsetting Credit -$6,669,712.00 | 4110-000 | | | |

Page Subtotals:     $150,209.15     $120.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 14-33428 | Trustee Name: | Duane Gillman (640020) |
| --- | --- | --- | --- |
| Case Name: | CAMP BIRD COLORADO, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4509 | Account #: | ******8666 Checking Account |
| For Period Ending: | 02/24/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Caldera Mineral Resources, LLC | Funds to Cover Costs of Sale  $109,031.88 | 2500-000 | | | |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.65 | 150,031.50 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 230.18 | 149,801.32 |
| 11/14/17 | {10} | Caldera Mineral Resources | Reimbursement for August, September, October and November Storage Unit, Permit Application Fee to DRMS | 1229-000 | 831.00 | | 150,632.32 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.06 | 150,416.26 |
| 12/14/17 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/14/2017 FOR CASE #14-33428, Bond #016027974 | 2300-000 | | 58.25 | 150,358.01 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.11 | 150,148.90 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 237.56 | 149,911.34 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 201.25 | 149,710.09 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 215.33 | 149,494.76 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 207.85 | 149,286.91 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 236.21 | 149,050.70 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 207.23 | 148,843.47 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 228.36 | 148,615.11 |
| 08/16/18 | 102 | Richards' Well Calibrations | Invoice #18-1157; discharge flow equipment and installation | 2420-000 | | 9,947.10 | 138,668.01 |
| 08/24/18 | 103 | Duane H. Gillman, Trustee | Pro-rata distribution; Fee App Order entered 8/24/18 | 2100-000 | | 27,473.49 | 111,194.52 |
| 08/24/18 | 104 | Duane H. Gillman, Trustee | Pro-rata distribution; Fee App Order entered 8/24/18 | 2200-000 | | 406.42 | 110,788.10 |
| 08/24/18 | 105 | Durham Jones & Pinegar | Pro-rata distribution; Fee App Order entered 8/24/18 | 3110-000 | | 88,647.80 | 22,140.30 |
| 08/24/18 | 106 | Durham Jones & Pinegar | Pro-rata distribution; Fee App Order entered 8/24/18 | 3120-000 | | 865.20 | 21,275.10 |
| 08/24/18 | 107 | Rocky Mountain Advisory, LLC | Pro-rata distribution; Fee App Order entered 8/24/18 | 3410-000 | | 6,324.12 | 14,950.98 |
| 08/24/18 | 108 | Rocky Mountain Advisory, LLC | Pro-rata distribution; Fee App Order entered 8/24/18 | 3420-000 | | 141.98 | 14,809.00 |
| 08/24/18 | 109 | Hoskin Farina & Kampf | Pro-rata distribution; Fee App Order entered 8/24/18 | 3210-600 | | 8,330.15 | 6,478.85 |
| 08/24/18 | 110 | Hoskin Farina & Kampf | Pro-rata distribution; Fee App Order entered 8/24/18 | 3220-610 | | 50.75 | 6,428.10 |
| 08/24/18 | 111 | Stanley Dempsey | Pro-rata distribution; Fee App Order entered 8/24/18 | 3731-000 | | 760.10 | 5,668.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 193.44 | 5,474.56 |

Page Subtotals: $831.00    $145,445.59

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 14-33428 | Trustee Name: | Duane Gillman (640020) |
|---|---|---|---|
| Case Name: | CAMP BIRD COLORADO, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4509 | Account #: | ******8666 Checking Account |
| For Period Ending: | 02/24/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 5,469.56 |
| 10/09/18 | 112 | D. Helton Consulting, LLC | Engineering Services in connection with the Camp Bird Mine Tunnel water discharge flowrates | 3992-000 |  | 2,746.63 | 2,722.93 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 2,717.93 |
| 11/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 2,712.93 |
| 07/17/19 |  | Transfer Debit to Metropolitan Commercial Bank acct ******7220 | Transition Debit to Metropolitan Commercial Bank acct 3910067220 | 9999-000 |  | 2,712.93 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 151,040.15 | 151,040.15 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 2,712.93 |  |
|  |  | **Subtotal** |  |  | 151,040.15 | 148,327.22 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $151,040.15 | $148,327.22 |  |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 14-33428 | Trustee Name: | Duane Gillman (640020) |
|---|---|---|---|
| Case Name: | CAMP BIRD COLORADO, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4509 | Account #: | ******7220 Checking Account |
| For Period Ending: | 02/24/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/19 | | Transfer Credit from Rabobank, N.A. acct ******8666 | Transition Credit from Rabobank, N.A. acct 5016968666 | 9999-000 | 2,712.93 | | 2,712.93 |
| 07/19/19 | 1000 | Orange Document Services | Invoice #3544; copies, mailer, postage for sale motion and notice | 2990-000 | | 1,335.64 | 1,377.29 |
| 08/08/19 | {11} | Joseph Robert | WIRE FROM OSAGE TR JOSEPH ROBERT | 1110-000 | 50,000.00 | | 51,377.29 |
| 08/15/19 | | PBS Holdings Ltd., LLC | WIRE FROM PBS HOLDINGS LTD LLC PO | 1180-000 | 50,000.00 | | 101,377.29 |
| 08/19/19 | {11} | Joseph Robert | WIRE FROM OSAGE TR JOSEPH ROBERT | 1110-000 | 550,000.00 | | 651,377.29 |
| 08/20/19 | 1001 | PBS Holding Ltd., LLC | Return of good faith deposit on auction of Water Rights | 8500-002 | | 50,000.00 | 601,377.29 |
| 08/20/19 | 1002 | Stillwater Resources & Investments, Inc. | Broker's commission from sale of water rights | 3992-000 | | 36,000.00 | 565,377.29 |
| 08/20/19 | 1003 | Duane H. Gillman, Trustee | Pro-rata distribution; Fee App Order entered 8/24/18 | 2100-000 | | 106,460.25 | 458,917.04 |
| 08/20/19 | 1004 | Duane H. Gillman, Trustee | Pro-rata distribution; Fee App Order entered 8/24/18 | 2200-000 | | 1,574.89 | 457,342.15 |
| 08/20/19 | 1005 | Durham Jones & Pinegar | Pro-rata distribution; Fee App Order entered 8/24/18 | 3110-000 | | 343,511.73 | 113,830.42 |
| 08/20/19 | 1006 | Durham Jones & Pinegar | Pro-rata distribution; Fee App Order entered 8/24/18 | 3120-000 | | 3,352.65 | 110,477.77 |
| 08/20/19 | 1007 | Rocky Mountain Advisory, LLC | Pro-rata distribution; Fee App Order entered 8/24/18 | 3410-000 | | 24,506.08 | 85,971.69 |
| 08/20/19 | 1008 | Rocky Mountain Advisory, LLC | Pro-rata distribution; Fee App Order entered 8/24/18 | 3420-000 | | 550.17 | 85,421.52 |
| 08/20/19 | 1009 | Hoskin Farina & Kampf | Pro-rata distribution; Fee App Order entered 8/24/18 | 3210-600 | | 32,279.46 | 53,142.06 |
| 08/20/19 | 1010 | Hoskin Farina & Kampf | Pro-rata distribution; Fee App Order entered 8/24/18 | 3220-610 | | 196.66 | 52,945.40 |
| 08/20/19 | 1011 | Stanley Dempsey | Pro-rata distribution; Fee App Order entered 8/24/18 | 3731-000 | | 2,945.40 | 50,000.00 |
| 08/28/19 | 1012 | Advanced Reporting Solutions | Invoice #308184; electronic transcript | 2990-000 | | 68.50 | 49,931.50 |
| 12/03/19 | 1013 | International Sureties, Ltd. | Bond #016027974 Voided on 12/11/2019 | 2300-004 | | 29.70 | 49,901.80 |
| 12/11/19 | 1013 | International Sureties, Ltd. | Bond #016027974 Voided: check issued on 12/03/2019 | 2300-004 | | -29.70 | 49,931.50 |
| 12/11/19 | 1014 | International Sureties, Ltd. | Bond #016027974 | 2300-000 | | 25.44 | 49,906.06 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.88 | 49,866.18 |
| 04/28/20 | 1015 | Western Colorado Power Company | Payment of secured claim pursuant to Order Approving Settlement Agreement with Western Power entered 4/24/20 | 4120-000 | | 10,000.00 | 39,866.18 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 79.70 | 39,786.48 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 76.92 | 39,709.56 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 82.08 | 39,627.48 |

Page Subtotals: $652,712.93　$613,085.45

{ } Asset Reference(s)　　UST Form 101-7-TDR ( 10 /1/2010)　　! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 14-33428 | Trustee Name: | Duane Gillman (640020) |
| --- | --- | --- | --- |
| Case Name: | CAMP BIRD COLORADO, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4509 | Account #: | ******7220 Checking Account |
| For Period Ending: | 02/24/2021 | Blanket Bond (per case limit): | $54,420,450.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/24/20 | 1016 | Stanley Dempsey | Distribution payment - Dividend paid at 3.38% of $4,150.00; Claim # DEMPSEYFEES; Filed: $4,150.00 | 3731-000 | | 140.27 | 39,487.21 |
| 11/24/20 | 1017 | Durham Jones & Pinegar | Distribution payment - Dividend paid at 3.38% of $484,000.00; Claim # DJPFEES; Filed: $484,000.00 | 3110-000 | | 16,358.68 | 23,128.53 |
| 11/24/20 | 1018 | Duane Gillman | Combined trustee compensation & expense dividend payments. | 2100-000 | | 5,069.84 | 18,058.69 |
| 11/24/20 | 1019 | Hoskin Farina & Kampf | Distribution payment - Dividend paid at 24.27% of $361.74; Claim # HFKEXP; Filed: $361.74 | 3220-610 | | 87.81 | 17,970.88 |
| 11/24/20 | 1020 | Hoskin Farina & Kampf | Distribution payment - Dividend paid at 5.97% of $46,837.50; Claim # HFKFEES; Filed: $46,837.50 | 3210-600 | | 2,794.26 | 15,176.62 |
| 11/24/20 | 1021 | Rocky Mountain Advisory, LLC | Combined dividend payments for Claim #RMAEXP, RMAFEES | | | 15,101.63 | 74.99 |
| | | Rocky Mountain Advisory, LLC | Claims Distribution - Tue, 11-24-2020         $1,038.77 | 3420-000 | | | |
| | | Rocky Mountain Advisory, LLC | Claims Distribution - Tue, 11-24-2020         $14,062.86 | 3410-000 | | | |
| 11/24/20 | 1022 | Duane H. Gillman, Trustee | Distribution payment - Dividend paid at 3.38% of $2,218.98; Claim # TEXP; Filed: $2,218.98 | 2200-000 | | 74.99 | 0.00 |
| | | **COLUMN TOTALS** | | | 652,712.93 | 652,712.93 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 2,712.93 | 0.00 | |
| | | **Subtotal** | | | 650,000.00 | 652,712.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $650,000.00 | $652,712.93 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-33428 | **Trustee Name:** | Duane Gillman (640020) | |
| **Case Name:** | CAMP BIRD COLORADO, INC. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***4509 | **Account #:** | ******7220 Checking Account | |
| **For Period Ending:** | 02/24/2021 | **Blanket Bond (per case limit):** | $54,420,450.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8666 Checking Account | $151,040.15 | $148,327.22 | $0.00 |
| ******7220 Checking Account | $650,000.00 | $652,712.93 | $0.00 |
| | **$801,040.15** | **$801,040.15** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)